UNITED STATES DISTRICT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD J. WHITMORE,

       Plaintiff,

v                                                                                                        Case No. 2:06-cv-10042
                                                                                               Honorable Paul D. Borman

JOHN CUMMINGS and STEVEN LAW

       Defendants.
_____/

EDWARD C. PEDERSEN (P38371)          WILLIAM G. PIERSON (32119)
HARDIG PARSONS PEDERSEN & STOUT, PLLC   OAKLAND COUNY CORPORATION COUNSEL
Attorney for Plaintiff                               Attorney for Defendants
74 W. Long Lake Road, Suite 203           1200 N. Telegraph Rd, Dept. 419
Bloomfield Hills, Michigan 48304           Pontiac, MI  48341
(248) 642-3500                                        (248) 858-0456
_____/

## **PRIVACY ACT ORDER**

At a session of said Court held on 5/1/07

PRESENT: Hon. PAUL D. BORMAN

      Defendants have subpoenaed records involving a "color of law" investigation from the Federal Bureau of Investigation. The FBI has advised Defendants that they can not release such records without this Order of the Court.

      The Court finds:  That the Defendants' need for the investigative materials outweighs the Privacy Act, 5 U.S.C. § 552a, interests involved.

      THEREFORE, IT IS ORDERED that the FBI may produce investigative materials to the extent that they may be authorized to do so by the Department of Justice in accordance the applicable Federal regulations, 28 C.F.R. § 15.22.

IT IS FURTHER ORDERED that to the extent that production of the FBI investigative materials may result in the disclosure of information protected from non-consensual distribution by the Privacy Act, the FBI is hereby authorized to disclose such information and shall not be found to have violated the Privacy Act by such disclosures.

The Defendants will provide a complete copy of whatever FBI records are received to Plaintiff's counsel.

s/PAUL D. BORMAN<br>
HON. PAUL D. BORMAN<br>
UNITED STATES DISTRICT JUDGE

Approved as to form:

| | |
|---|---|
| s/William G. Pierson | s/with consent of Edward Pedersen |
| Oakland County Corporation Counsel | Hardig Parsons Pedersen & Stout |
| 1200 N. Telegraph Road, Bldg 14E | 74 W. Long Lake Road, Ste 203 |
| Pontiac, Michigan  48341-0419 | Bloomfield Hills, Michigan  48304 |
| (248) 858-0456 | (248) 642-3500 |
| piersonw@oakgov.com | ECPedersen@aol.com |
| Attorney Bar No. P 32119 | |

Prepared by:
William G. Pierson
Attorney for Defendants