# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICHARD J. WHITMORE

       Plaintiff,                     Case Number: 06-10042

v.                                      JUDGE PAUL D. BORMAN
                                            UNITED STATES DISTRICT COURT

COUNTY OF OAKLAND, JOH CUMMINGS,
STEVEN LAW and CLAY JANSSON,

       Defendants.
_____/

## ORDER STRIKING PLAINTIFF'S REPLY BRIEF

The Court hereby **STRIKES** Plaintiff's Reply to Defendants' Response to Plaintiff's *Motion In Limine* (Docket No. 34, Aug. 1, 2007), pursuant to Local Rule 7.1. Under Local Rule 7.1(c)(3)(B), the text of a reply brief may not exceed five (5) pages. Plaintiff's Reply Brief exceeds the page limit by four (4) pages. Accordingly, Plaintiff's Response is **STRICKEN** from the record. Plaintiff has until Monday, August 6th, 2007 at 5 p.m., to file a Reply Brief that is in conformity with Local Rule 7.1.

    **SO ORDERED.**

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 3, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 3, 2007.

                                                s/Denise Goodine
                                                Case Manager