# CLOSED 10/2/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

RICHARD WHITMORE,

                    Plaintiff,

v.

COUNTY OF OAKLAND et al,

                    Defendant.

_____/

## JUDGMENT IN A CIVIL CASE

Case Number: 06-10042

Honorable

■  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendants recover of the plaintiff its costs of action.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

Attorneys of Record

Date   10/2/07

David Weaver, Clerk of Court

s/Denise Goodine
Deputy Clerk